**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
PANAMA CITY DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

JARVIS WILSON,
Inmate # B01216
(Enter full name of Plaintiff)

vs.

CASE NO: 5:15cv193-MP/CJK
(To be assigned by Clerk)

JULIE JONES,
SECRETARY OF FLORIDA
DEPARTMENT OF CORRECTIONS,

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

LEGAL MAIL

INSPECTED BY: _____ 7-26-15
OFFICERS SIGNATURE AND DATE
TW

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed 0731'15 UsDcFln 5AM 0939

Rec'd 0803'15 UsDcFln 3PM 0336

1/10
N.D

**I.  PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: TARVIS WILSON
Inmate Number: B01216
Prison or Jail: ZEPHYRHILLS CORRECTIONAL I.
Mailing address: 2739 GALL BOULEVARD
ZEPHYRHILLS, FL
33541

**II.  DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: JULIE JONES
    Official position: SEC. OF FL. DOC
    Employed at: CENTRAL OFFICE
    Mailing address: 501 CALHOUN STREET
    TALLAHASSEE, FL. 323942500

(2) Defendant's name: ___
    Official position: ___
    Employed at: ___
    Mailing address: ___

(3) Defendant's name: ___
    Official position: ___
    Employed at: ___
    Mailing address: ___

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )     No(✓)  IM NOT SURE OF ANY PRIOR CASES BESIDES THIS ONE

  1. Parties to previous action:
     (a) Plaintiff(s): TARVIS WILSON
     (b) Defendant(s): JULIE JONES / DEPT. OF CORRECTIONS (HORIZON)
  2. Name of judge: CHARLES A FRANCIS    Case #: 2015 CA 000574
  3. County and judicial circuit: LEON, 2ND JUDICIAL CIRCUIT
  4. Approximate filing date: MARCH 10, 2015
  5. If not still pending, date of dismissal: N-A
  6. Reason for dismissal: N-A
  7. Facts and claims of case: ~~[illegible struck text]~~ DOC DESTROYED PROPERTY * JULIE JONES IS RESPONSIBLE FOR THE ENTIRE DOC

  **(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

  Yes( )     No(✓)

  1. Parties to previous action:
     a. Plaintiff(s): _____
     b. Defendant(s): _____
  2. District and judicial division: _____
  3. Name of judge: _____   Case #: _____
  4. Approximate filing date: _____
  5. If not still pending, date of dismissal: _____
  6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )        No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): STATE OF FLORIDA
   b. Defendant(s): TARVIS WILSON
2. District and judicial division: 4TH DISTRICT, 15TH JUDICIAL
3. Name of judge: JOHN KASTRENAKES   Case #: 2008CF012010AMB
4. Approximate filing date: 10-18-13
5. If not still pending, date of dismissal: N-A
6. Reason for dismissal: N-A
7. Facts and claims of case: 3x850 CHALLENGING CONVICTION OF PRISON SENTENCE, REDUCE & CORRECT SENTENCE.

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )        No( ✓ )   CANT REMEMBER FOR CERTAIN

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case Docket # _____
4. Approximate filing date: _____   Dismissal date: _____
5. Reason for dismissal: _____

4

## IV. PREVIOUS LAWSUIT (C)

C. 1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): STATE OF FLORIDA
   b. DEFENDANT(S): TARVIS WILSON

2. DISTRICT AND JUDICIAL DIVISION: 4TH DISTRICT, 15TH JUDICIAL

3. NAME OF JUDGE: N-A            CASE#: 2008CF012010AMB

4. APPROXIMATE FILING DATE: July 17, 2013

5. IF NOT STILL PENDING, DATE OF DISMISSAL: N-A

6. REASON FOR DISMISSAL: N-A

7. FACTS AND CLAIMS OF CASE: 3.800 (c) MITIGATING FACTORS

---

1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): STATE OF FLORIDA
   b. DEFENDANT(S): TARVIS WILSON

2. DISTRICT AND JUDICIAL DIVISION: 4TH DISTRICT, 15TH JUDICIAL

3. NAME OF JUDGE: N-A            CASE#: 2008CF012010AMB

4. APPROXIMATE FILING DATE: July 19, 2013

5. IF NOT STILL PENDING, DATE OF DISMISSAL: N-A

6. REASON FOR DISMISSAL: N-A

7. FACTS AND CLAIMS OF CASE: 3.800 (a) SENTENCE PASS THE CRIMINAL PUNISHMENT SCORE SHEET ALLOWS.
   4 (a)

# IV. PREVIOUS LAWSUITS - (C)

C.
1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): TARVIS WILSON
   b. DEFENDANT(S): JULIE JONES / DEPT. OF CORRECTIONS (STATE OF FLORIDA)

2. DISTRICT AND JUDICIAL DIVISION: 4TH, 15TH JUDICIAL

3. NAME OF JUDGE: N-A        CASE#: 2008CF022010AMBxx

4. APPROXIMATE FILING DATE: 4-15-15

5. IF NOT STILL PENDING, DATE OF DISMISSAL: N-A

6. REASON FOR DISMISSAL: N-A

7. FACTS AND CLAIMS OF CASE: RENDERED INEFFECTIVE ASSISTANCE OF COUNSEL ON DIRECT APPEAL; HABEAS CORPUS TO ATTAIN RELIEF

---

1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): TARVIS WILSON
   b. DEFENDANT(S): JULIE JONES / DEPT. OF CORRECTIONS (STATE OF FLORIDA)

2. DISTRICT AND JUDICIAL DIVISION: 4TH, 15TH JUDICIAL

3. NAME OF JUDGE: N-A        CASE#: 2008CF022010AMBxx

4. APPROXIMATE FILING DATE: 4-10-15

5. IF NOT STILL PENDING, DATE OF DISMISSAL: N-A

6. REASON FOR DISMISSAL: N-A

7. FACTS AND CLAIMS OF CASE: DENIED JURY INSTRUCTIONS; HABEAS CORPUS TO ATTAIN RELIEF

4 (b)

6. Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

A. On February 1st, 2015 around 4:00 A.m. to 7:00 A.m. while housed in Q-Dorm cell 3111 O/C at Apalachee Correctional Institution my cell door was rolled by Ofc. Thomas with knowledge of the fact me neither was my roommate placed in hand-restraints, and when the door was rolled Sgt. Thomas & Ofc. Donovan came in the cell I was being housed in and told my roommate to sit on the bed, then they Sgt. Thomas & Ofc. Donovan attacked me punching me with hand-cuffs and throwed me to the ground. When I was being physically battered by way of excessive force my roommate Reddick, Napoleon 364118 then left the cell and then Sgt. Thomas went behind him (which is on camera) while Ofc. Donovan continued you to hold me down, and knee also elbow me an call me "pussy nigga, huh fuck nigga what, say something now". Then after a few minutes of the one on one battery by Ofc. Donovan to me, Sgt. Thomas and my roommate came back into the cell Q-3111, and then Reddick, Napoleon my roommate started advocating for me to Sgt. Thomas telling him to tell Ofc. Donovan to get off of me. Ofc. Donovan eventually got off me x and left the cell with Sgt. Thomas. 5 minutes to 30 minutes later Ofc. "D" then brought me a "RDP" bag with all the proper sustenance. Then when Ofc. "Donovan" was serving the regular

5

DIET TRAYS, Ofc. Donovan came to my cell again with a regular diet tray and stated "here" § "I stated I'm good" which then Ofc. Donovan stated "Take this tray and keep your mouth closed or its going to get real ugly for you"; at which time my cellmate grabbed the tray and dumped the contents in the toilet.

B. On 1-31-15 after being placed in hand-restraints my cell door Q-3111 was rolled and I backed out the cell, while waiting for a shave & shower outside of my cell; on the back way out of the cell Sgt. Thomas stated "Damn you got so close to me are you trying to kiss me or something"; After that statement by Sgt. Thomas; I stated "Dont play no homosexual games with me"; then Sgt. Thomas stated "I'm not playing; I'm serious"; which I then started staring at Sgt. Thomas taken his disrespectful statement to the heart; while staring at Sgt. Thomas; Sgt. Thomas then looking directly at me started saying "He dont see me, he not scared of me, calling me a lil punk", then Sgt. Thomas stated looking directly at me stating "You want to have a staring contest"; (Note this occured around 7:00 p.m. to 10:00 p.m. at shower time in Quad-"3" at Apalachee Correctional Institution) And then Sgt. Thomas staring at me asked me "What I see in his eyes"; After the same question was asked the fourth time; I stated "You a bitch"; Sgt. Thomas then stated "I got yo bitch, I'm show you who a bitch is you just watch". I was escorted to the shower then back to cell Q-3111.

C. On 2-1-15 4:00 a.m. to 5:00 a.m. in Q-Dorm "3" Quad; Ofc. Donovan open the flap on my door and gave me 2 "rop" bags, one with two in it the other with nothing in it, when I realized it, I stuck my arm out the flap and stated to Ofc. Donovan to go get the captain; Ofc. Donovan stated "Sgt. Thomas told me to give you that for what happened last night";

6

# V. STATEMENT OF FACTS:

THEN OFC. DONOVAN STARTED THREATENING ME THEN CALLED SGT. THOMAS ON THE WALKIE-TALKIE, WHOM THEN CAME TO CELL 3111 Q-DORM AT APALACHEE CORRECTIONAL INSTITUTION; WHILE APPROACHING MY CELL SGT. THOMAS HAD A EMPTY BOWL IN HIS HAND THAT NORMALLY HAS CEREAL IN IT AND FORCED IT IN MY CELL, THEN SGT. THOMAS COMMENCED TO PHYSICALLY ATTEMPTING TO REMOVE MY ARM FROM THE FLAP AND STICK IT IN THE CELL, WHICH I RELENTED AND PULED MY ARM IN THE CELL DOOR AT WHICH TIME THE DOOR FLAP WAS CLOSED. THEN OFC. THOMAS IN THE STAFF BOOTH ROLED CELL Q-3111 FOR SGT. THOMAS & OFC. DONOVAN TO COME IN MY CELL TO PHYSICALLY ASSAULT ME AND WHATEVER ELSE THEY SGT. THOMAS & OFC. DONOVAN CHOSE TO DO TO ME.

7b (a)

## VI. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each seperate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a seperate civil rights complaint.

Paragraph (A) In Section V.: My 1st, 8th & 14th Amend. to U.S. Const. was violated for the cruel & unusual punishment, with-out due process, being physically battered for a statement. (Continued on 7(a))

Paragraph (B) In Section V.: My 1st, 8th & 14th Amend. to U.S. Const. was violated for being physically battered after stating how I felt. (Continued on 7(a))

Paragraph (C) In Section V.: My 1st, 8th & 14th Amend. to U.S. Const. was violated for being punished for what I stated, and being physically battered by 2 C.O.'s & being refused my food tray. (Cont. 7(a))

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

Wherefore, Petitioner prays this Honorable Court grant relief as follows:

A) Enter a order for the officers in this complaint to be terminated from DOC
B) Order the Dept. of Corr. to provide competant substantial evidence that the involved OFC's have been terminated (Continued 7(a))

I declare under penalty of perjury that the foregoing statements of fact, including all continuation pages, are true and correct.

## VI. STATEMENT OF CLAIMS

ADDENDUM TO (A), (B) & (C)

PARAGRAPH (A) IN SECTION VI.: MY CONSTITUTIONAL RIGHT TO EQUAL PROTECTION WAS VIOLATED WHEN I WAS UNDER THE CARE, CUSTODY & CONTROL OF THE DEPT. OF CORRECTIONS AND I WASN'T PROTECTED FROM BEING PHYSICALLY BATTERED BY 2 OFFICERS.

PARAGRAPH (B) IN SECTION VI.: MY CONSTITUTIONAL RIGHT TO EQUAL PROTECTION WAS VIOLATED WHEN I WAS UNDER THE CARE, CUSTODY & CONTROL OF THE DEPT. OF CORRECTIONS AND I WASN'T PROTECTED FROM MALICIOUS ABUSE BY STAFF MEMBERS.

PARAGRAPH (C) IN SECTION VI.: MY CONSTITUTIONAL RIGHT TO EQUAL PROTECTION WAS VIOLATED WHEN I WAS UNDER THE CARE, CUSTODY & CONTROL OF THE DEPT. OF CORRECTIONS AND I WASN'T PROTECTED FROM BEING DEPRIVED OF SUSTENANCE.

## VII. RELIEF REQUESTED:

C) THAT THE VICTIM TARVIS WILSON BE COMPENSATED 200,000.00 FOR PHYSICAL INJURIES, PAIN & SUFFERING (PHYSICALLY & MENTALLY), CHARACTER DEFAMATION, EXPLOITATION & OUTRIGHT PUBLICLY EMBARRASSED BY THE OFFICERS PULLING OFF THEIR SCANDAL.

AND THIS IS MADE IN GOOD FAITH.

7-24-15
(DATE)

_____
(SIGNATURE OF PLAINTIFF)

## IF MAILED BY PRISONERS

I DECLARE (OR CERTIFY, VERIFY, OR AFFIRM) UNDER PENALTY OF PERJURY THAT THIS COMPLAINT WAS (CHECK ONE):
- [x] DELIVERED TO PRISON OFFICIALS FOR MAILING OR
- [ ] DEPOSITED IN THE PRISON'S INTERNAL MAIL SYSTEM ON THE 26TH DAY OF JULY, 2015.

_____
(SIGNATURE OF PLAINTIFF)

REVISED 03/07

8