IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TARVIS WILSON,

    Plaintiff,

v.                                    CASE NO. 5:15-cv-00193-MP-CJK

JULIE JONES,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 18, 2016. (Doc. 31). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 32. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. With respect to Plaintiff's objections on Doc. 32, the Court notes that Plaintiff failed to offer any supporting evidence or legal arguments sufficient to overcome dismissal of the claims.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 31, is adopted and incorporated by reference in this order.

2.     The following claims are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915A(b)(1) for Plaintiff's failure to state a claim upon which relief can be granted:

      a.      Plaintiff's Eighth Amendment claim against Defendant Officer Thomas.

      b.      Plaintiff's Eighth Amendment claim against Defendant Nurse Hamilton.

      c.      Plaintiff's First Amendment claim against Defendant Sergeant Thomas.

      d.      Plaintiff's Fourteenth Amendment claim against all Defendants.

3.    This matter is referred to Magistrate Judge Kahn for further proceedings on Plaintiff's Eighth Amendment excessive force claim against Defendants Sergeant Thomas and Officer Donovan.

**DONE AND ORDERED** this *8th* day of June, 2016

                      *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge